| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Sherry Sunsletor*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  JUN 23 2005  C. Date of Delivery<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>ALABAMA STATE PERS. DEPT.<br>64 NORTH UNION ST.<br>300 FOLSOM ADM BID.<br>MONTGOMERY, AL 36130<br><br>05CV583 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>Transfer from service label) | 7004 1160 0001 9085 0730 |

Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540