IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REUBEN E. REDD, | * |
|   Plaintiff, | * |
| vs. | *    Case No.: 2:05cv583-D |
| THE PERSONNEL DEPARTMENT STATE OF ALABAMA, et al., | * |
|   Defendants. | * |

## ANSWER

Defendant, Alabama State Personnel Department, (hereinafter "SPD") by and through undersigned counsel, hereby files this Answer stating as follows:

1. Admit that Reuben Redd is an African-American male.

2. This paragraph is not applicable to SPD.

3. Admit that the SPD is an agency of the State of Alabama. Deny that it is Plaintiff's employer.

## FACTUAL ALLEGATIONS

3. (duplicate number on complaint). Deny that Plaintiff was ever hired by SPD. Deny that Plaintiff works for SPD.

4. Admit.

5. Admit that Plaintiff was ranked number one for the position of Senior Special Agent.

6. Admit that Plaintiff has not promoted to the position of Senior Special Agent. Deny that SPD allowed anyone to serve in the position as Acting Senior Special Agent.

7. Deny that there is any timeframe for serving in an "acting" position.

8. Can neither admit nor deny as to the practice of the Alabama Securities Commission concerning filling of vacancies.

9. Deny that the SPD failed to promote the Plaintiff. Deny that any actions of SPD were motivated by racial concerns.

10. As this paragraph is jurisdictional and the Plaintiff has the burden of proving jurisdiction, this paragraph is denied until affirmatively proven by the Plaintiff.

11. Deny that any actions by the SPD violated Plaintiffs rights.

Deny that the Plaintiff is entitled to any relief.

Defendants deny each and every material allegation not specifically admitted and demand strict proof thereof.

## DEFENSES

1. The State Personnel Department is not the Plaintiff's employer, nor is it a joint employer with the Alabama Securities Commission.

2. The Plaintiff has suffered no adverse employment decision.

3. The SPD does not control when an agency determines to fill a position.

4. The SPD has no authority or control over whether an agency places an employee in an "Acting" capacity.

Respectfully submitted,

\_\_\_/s/ Alice Ann Byrne_____
Alice Ann Byrne (BRY-015)
Attorney for Defendant Alabama State Personnel Department

ADDRESS OF COUNSEL
State Personnel Department
64 North Union Street, Suite 316
Montgomery, Alabama 36130
(334) 242-3451
(334) 353-4481 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Answer upon the following by U.S. Mail, postage prepaid, and by electronic filing on this the _30th___ day of June, 2005.

\_\_\_\_/s Alice Ann Byrne_____
Alice Ann Byrne

Case 2:05-cv-00583-ID-DRB     Document 4     Filed 06/30/2005     Page 4 of 4