IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REUBEN E. REDD,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CASE NO.:  2:05CV583-D |
| **ALABAMA SECURITIES COMMISSION AND STATE OF ALABAMA-PERSONNEL DEPARTMENT,** | ) ) ) ) ) |
| Defendants. | ) |

## **MOTION TO AMEND**

COMES NOW the Defendant, Alabama Securities Commission, pursuant to Rule 15 of the Federal Rules of Civil Procedure and moves the Court to allow the following amendment to its response filed on July 18, 2005:

This defendant amends its Second Affirmative Defense to remove the words, "naming Defendant as a respondent," as follows:

> "The claims in this complaint may not be brought pursuant to 42 U.S.C. § 2000e unless and until Plaintiff establishes timely and proper satisfaction of the administrative prerequisites to the institution and maintenance of an action under such statutes as to Defendant. To the extent that Plaintiff raises claims not made the subject of the EEOC charge he relies upon in the Complaint, or alternatively, not made the subject of a timely signed, verified EEOC charge, or raises claims that arose more than 180 days before the filing of a EEOC charge, those claims are barred by the failure to satisfy the statutory prerequisites to suit. Any and all claims not raised in a lawsuit timely-filed within ninety days of Plaintiff's receipt of a Notice of Rights letter from the EEOC may not be litigated in this action."

This defendant acknowledges that, to the extent that this amendment is allowed, it is waiving its objection to the fact that the plaintiff did not name it in the EEOC charge on which this action is based and the fact that it was not named in the right-to-sue letter issued on that

charge. This waiver is made as to this civil action only and the right to assert these defenses in any other action is reserved. The purpose of this wavier is to achieve judicial economy by allowing this action to proceed.

As grounds for this motion, this defendant shows that this amendment is filed within twenty days of the pleading to be amended, that it is the only amendment to that pleading sought to date, and that it is allowed "as a matter of course" under Rule 15 of the Federal Rules of Civil Procedure.

                              Respectfully submitted,

                              s/Bruce J. Downey, III
                              **BRUCE J. DOWNEY, III**
                              ASB-9205-W86B

                              **Attorney for Defendant**
                              **Alabama Securities Commission**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:    (334) 241-8000
Facsimile:    (334) 323-8888

Jane Brannan, Esq.
Alabama Securities Commission
770 Washington Ave., Ste. 570
Montgomery, AL  36130-4700
Telephone:  (334) 353-4690

1048340

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of Court on this the 5th day of August, 2005, using the CM/ECF system which will send notification of such filing to the following:

Janice D. Spears-Turk, Esq.
Law Offices of J. D. Spears-Turk
2735 Office Park Cir.
Montgomery, AL  36116

Alice Ann Byrne, Esq.
State Personnel Department
64 North Union Street, Suite 316
Montgomery, AL  36130

                                  **s/Bruce J. Downey, III**
                                  OF COUNSEL

1048340