IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REUBEN E. REDD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:05cv583-D |
| v. | ) |
| | ) |
| **ALABAMA SEC. COMM'N, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon CONSIDERATION of Defendant Alabama Securities Commission's motion to amend its response (Doc. No. 8), filed August 5, 2005, it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 5th day of August, 2005.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE