IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REUBEN E. REDD,                                )
                                               )
            Plaintiff,                         )
                                               )
v.                                             )
                                               )
ALABAMA SECURITIES COMMISSION                  )    CIVIL ACTION NO.:  2:05CV583-D
AND STATE OF ALABAMA-PERSONNEL                 )
DEPARTMENT.,                                    )
                                               )
            Defendant.                         )

## REPORT OF PARTIES' PLANNING MEETING

### 1.    Meeting Details

Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting was held on August 11, 2005

and was attended by:

>    Janice Spears-Turk, Esq.
>    Law Offices of J.D. Spears-Turk
>    2735 Office Park Circle
>    Montgomery, Alabama 36116-1104
>    on behalf of Plaintiff.

>    and

>    Bruce Downey, Esq.
>    Capell & Howard, P.C.
>    150 South Perry Street (36104)
>    P.O. Box 2069
>    Montgomery, AL 36102-2069
>    on behalf of Defendant
>    Alabama Securities and Exchange Commission

>    Alice Ann Byrne, Esq.

State Personnel Department

64 North Union Street, Suite 316

Montgomery, AL 36130

on behalf of Defendant

Alabama State Personnel Department

.

The parties do not request a conference with the Court prior to the entry of the Scheduling Order.

2.      **Pre-Discovery Disclosures**

The parties will exchange by ***August 25, 2005*** the information required by Fed. R. Civ. P. 26(a)(1).

3.      **Discovery Plan**

The parties jointly propose to the Court the following discovery plan:

(a)    Parties contend that discovery will be needed on the following subjects:

    (1)    Matters relevant to Plaintiff's substantive claims, damages and mitigation thereof, and Defendants' defenses.

    (2)    All matters which become apparent upon the completion of additional investigation and discovery.

(b)    All discovery will be commenced in time to be completed by ***February 10, 2006***.

(c)    A maximum of 25 interrogatories may be served by each party to any other party. Responses will be due 30 days after service.

(d)    A maximum of 25 requests for production may be served by each party to any other party. Responses will be due 30 days after service.

(e)    A maximum of 6 depositions may be noticed by Plaintiff and 6 by Defendant.

(f)    Each deposition will be limited to a maximum of 6 hours unless extended by agreement of the parties.

(g)    Reports from any retained experts under Fed. R. Civ. P. 26(a)(2) will be due:

from Plaintiff by *November 30, 2005*.

from Defendant by *December 20, 2005*.

(h)    Supplementations under Fed. R. Civ. P. 26(e) will be due *30 days before discovery concludes*.

## 4.    Other Items

(a)    The parties request a pretrial conference no earlier than 30 days after the Court has ruled on dispositive motions and at least 10 days before trial.

(b)    Plaintiff should be allowed until *October 2, 2005*, to join additional parties and to amend the pleadings.

(c)    Defendant should be allowed until *October 30, 2005*, to join additional parties and to amend the pleadings.

(d)    All potentially dispositive motions should be filed by *January 10, 2006*.

(e)    Settlement possibility is uncertain but may be attempted after further discovery.

(f)    Final lists of witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) should be due:

from Plaintiff at least 30 days before trial and

from Defendant at least 30 days before trial.

(g)    Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Fed. R. Civ. P. 26(a)(3).

(h)    The case should be ready for trial no earlier than **June 2, 2006** and at this time is expected to take approximately *1-2* days.

Respectfully submitted, this 11th day of August, 2005.

Attorney for Plaintiff
2735 Office Park Circle
Montgomery, AL 36116
Telephone: (334) 274-0883
Facsimile: (334) 272-3031
**COUNSEL FOR PLAINTIFF**


Alice Ann Byrne, Esq.
Attorney for Defendant
State Personnel Department
64 North Union Street, Suite 316
Montgomery, AL 36130
Telephone: (334) 242-3451
Facsimile: (334) 353-4481
COUNSEL FOR ALABAMA STATE
PERSONNEL BOARD


Bruce Downey, Esq
ATTORNEY FOR DEFENDANT
ALABAMA SECURITIES AND EXCHANGE
COMMISSION
Capell & Howard, P.C.
150 South Perry Street (36104
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888