IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| REUBEN E. REDD, | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| ALABAMA SECURITIES COMMISSION | ) CIVIL ACTION NO.: 2:05CV583-D |
| AND STATE OF ALABAMA-PERSONNEL | ) |
| DEPARTMENT., | ) |
|  | ) |
| Defendant. | ) |

### REPORT OF PARTIES PLANNING MEETING DRAFT SUBMITTED BY PLAINTIFF

Plaintiff is submitting the attached Plaintiff's draft of the Report of Parties Planning Meeting as the Court allowed all counsel until this date to submitted the same. Plaintiff submitted the draft to opposing counsel, and did not receive a response. As such, Plaintiff files herewith his draft of the Report.

Attorney for Plaintiff
2735 Office Park Circle
Montgomery, AL 36116
Telephone: (334) 274-0883
Facsimile: (334) 272-3031
**COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing with the Clerk of the Court on this the 11th day of August, 2005, and have forwarded such copy to the following:

Alice Ann Byrne, Esq.
State Personnel Department
64 North Union Street, Suite 316
Montgomery, AL 36130

Bruce J. Downey, III
Capell & Howard, P. C.
150 South Perry Street (36104
Post Office Box 2069
Montgomery, AL 36102-2069

/s/ Janice Spears Tush
OF COUNSEL