IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP 28 P 4: 02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | |
|---|---|
| REUBEN REDD, § | |
| § | |
| Plaintiff, § | CASE NO.: 2:05-CV-583 D |
| § | |
| v. § | |
| § | |
| ALABAMA SECURITIES COMMISSION § | |
| AND STATE OF ALABAMA-PERSONNEL § | |
| DEPARTMENT, § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE

COMES NOW, Kathryn Dickey herein, filing Notice of Appearance as additional counsel for Plaintiff, Reuben Redd, in the above style manner. Copies of all correspondence, motions, filings, notices, etc. should be served upon the undersigned.

Respectfully submitted on this the 28th day of September 2005.

Kathryn Dickey (ASB8797-D57K)
Attorney for Plaintiff

OF COUNSEL:

KATHRYN DICKEY
Attorney at Law
322 Alabama Street
Montgomery, Alabama 36104
(334) 262-0728
(334) 265-7696  fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following attorneys by placing a copy of the same in the United States Mail postage prepaid and properly addressed this the 28th day of September 2005.

Hon. Bruce J. Downey, III
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

Jane Brannan, Esq.
Alabama Securities Commission
770 Washington Ave., Ste. 570
Montgomery, AL 36103-4700

Alice Ann Byrne, Esq.
State Personnel Department
64 North Union Street
Suite 316
Folsom Administrative Building
Montgomery, AL 36104

_____
OF COUNSEL