IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REUBEN E. REDD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 2:05CV583-D |
| | ) |
| ALABAMA SECURITIES COMMISSION AND STATE OF ALABAMA PERSONNEL DEPARTMENT, | ) ) ) ) |
| | ) |
|    Defendants. | ) |

### *PHENIX CITY POLICE DEPARTMENT'S OBJECTION TO SUBPOENA FOR RECORDS ISSUED BY THE DEFENDANT AND REQUEST FOR PROTECTIVE ORDER*

Comes now the Phenix City Police Department and objects to the subpoena issued by the Defendant in the above styled cause. As grounds for said objection the Phenix City Police Department says as follows:

1. There has been prior litigation between the Plaintiff and the Phenix City Police Department (City of Phenix City, Alabama).

2. The subject of that litigation among other things was the alleged wrongful release of information related to the Plaintiff.

3. Given the above facts, the Phenix City Police Department feels it necessary to object to the subpoena for records, but obviously

PDF created with pdfFactory trial version www.pdffactory.com

will produce the same forthwith upon an Order from this Court to do so.

4. Should this objection be overruled and the requested records be ordered produced, the Phenix City Police Department respectfully requests that said records be produced subject to an appropriate Protective Order, with said Order providing that the requested records not be made public (except as necessary in this litigation) and that the same be returned upon disposition of this case to the Phenix City Police Department.

          */s/James R. McKoon, Jr.*
          _____
          JAMES R. McKOON, JR. (MCK020)
          One of the Attorneys for City of
          Phenix City
          P. O. Box 3220
          Phenix City, Alabama  36868-3220
          (334) 297-2300

          */s/James P. Graham, Jr.*
          _____
          JAMES P. GRAHAM, JR.
          One of the Attorneys for City of
          Phenix City
          P. O. Box 3380
          Phenix City, Alabama  36868-3380
          (334) 291-0315

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the above and foregoing upon the following attorneys of record by placing a true copy of same in the United States Mail, postage prepaid, and addressed to them as follows:

Katherine Dickey
322 Alabama Street
Montgomery, Alabama  36104

Bruce J. Downey, III
Capell & Howard, P.C.
150 South Perry Street
Montgomery, Alabama  36104

This 25th day of October, 2005.

                                        */s/James R. McKoon, Jr.*
                                        _____
                                        OF COUNSEL

PDF created with pdfFactory trial version www.pdffactory.com