**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **REUBEN E. REDD,** | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )   **CASE NO.: 2:05CV583-D** |
| **ALABAMA SECURITIES** | ) |
| **COMMISSION AND STATE OF** | ) |
| **ALABAMA-PERSONNEL** | ) |
| **DEPARTMENT,** | ) |
| | ) |
|   Defendants. | ) |

**RESPONSE TO PHENIX CITY POLICE DEPARTMENT'S**
**OBJECTION AND REQUEST FOR PROTECTIVE ORDER**

COMES NOW the Defendant, Alabama Securities Commission, the issuer of the subpoena in question, and responds as follows:

1. The records at issue are pertinent to the defense of Plaintiff's claims as set out below; and

2. The Defendant has sought these records from the Plaintiff in discovery but is advised that the Plaintiff does not have them; and

3. The Defendant does not object to a protective order. The Phenix City Police Department has been the defendant in two actions filed by the Plaintiff about producing his records and, thus, is reasonable in asking the court for its protection.

Defendant is seeking information relating to Plaintiff's employment history in connection with its defense of his failure-to-promote claim. The Plaintiff completed an application with the Alabama Securities Commission ["ASC"] and listed his employment with the Phenix City Police Department ["PCPD"]. During the course of preparing its

defense to his claims, Defendant has recovered another job application that the Plaintiff completed for the State of Alabama Department of Human Resources ["DHR"]. There are differences between those applications, including differences relating to Plaintiff's salary while employed by the Phenix City Police Department. On his application to the Alabama Securities Commission, Plaintiff shows that he was employed as a "Sergeant (Shift Supervisor)" at an ending salary of $18,604.00. However, on his application to the DHR he states that his ending salary in that position was $19,604.00. On the DHR application Plaintiff checked that he *had been convicted* of "a law violation including any DUI convictions," but in the application to ASC he checked that he had never been convicted of any "law violation including any DUI convictions." The Defendant is entitled to explore those differences and learn the truth of Plaintiff's employment and criminal history. To do so, it needs his personnel records from PCPD. If Defendant misrepresented his employment or concealed a criminal history, ASC may have the obligation to report those facts to the State Personnel Department.

Having been sued twice by the Plaintiff, PCPD is understandably cautious about complying with any request for his records. Nevertheless, its actual objection is "pro forma," and it indicates that its purpose is to secure protection from further claims by the Plaintiff. This Defendant does not object to its receiving such protection or to the terms of the protective order it requests. A suggested protective order is attached hereto for the Court's consideration.

> Respectfully submitted,
>
> /s/Bruce J. Downey, III
> **BRUCE J. DOWNEY, III**
> **Attorney for Defendant**
> **Alabama Securities Commission**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:     (334) 241-8000
Facsimile:      (334) 323-8888

Jane Brannan, Esq.
Alabama Securities Commission
770 Washington Ave., Ste. 570
Montgomery, AL  36130-4700
Telephone:     (334) 353-4690

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system on this the 17th day of November, 2005, which will send notification of such filing to the following:

Kathryn Kay Dickey, Esq.
322 Alabama St.
Montgomery, AL 36104

Janice D. Spears-Turk
Law Offices of J. D. Spears-Turk
2735 Office Park Cir.
Montgomery, AL  36116

Alice Ann Byrne, Esq.
State Personnel Department
64 North Union Street, Suite 316
Folsom Administrative Building
Montgomery, Alabama 36104

James R. McKoon, Jr., Esq.
City of Phenix City
P O Box 3220
Phenix City, Alabama  36868-3220

                    James P. Graham, Jr., Esq.
                        City of Phenix City
                           P O Box 3380
                   Phenix City, Alabama 36868-3380

                                                    **/s/Bruce J. Downey, III**
                                                      **OF COUNSEL**