# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **REUBEN E. REDD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )   CASE NO.:  2:05CV583-D |
| **ALABAMA SECURITIES** | ) |
| **COMMISSION AND STATE OF** | ) |
| **ALABAMA-PERSONNEL** | ) |
| **DEPARTMENT,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter coming before the Court under the objection of the Phenix City Police Department to the subpoena of the Plaintiff's personnel records and the response of the Defendant, Alabama Securities Commission, it is ORDERED as follows:

1. The Phenix City Police Department's objection is overruled to the extent that it is ordered to produce the subpoenaed records.

2. The confidentiality of the records are to be maintained to the extent that they shall only be used in connection with this action without prior approval of this Court and that the records shall be returned to the Phenix City Police Department at the conclusion of this action.

DONE this the _____ day of _____, 2005.

_____
**DISTRICT JUDGE**

Copies to counsel of record as follows:

Bruce J. Downey, III, Esq.
Capell & Howard, P.C.
P O Box 2069
Montgomery, AL  36102-2069

1

1056880

Jane Brannan, Esq.
Alabama Securities Commission
770 Washington Ave., Ste. 570
Montgomery, AL  36130-4700

Janice D. Spears-Turk
Law Offices of J. D. Spears-Turk
2735 Office Park Cir.
Montgomery, AL  36116

Kathryn Kay Dickey, Esq.
322 Alabama St.
Montgomery, AL 36104

Alice Ann Byrne, Esq.
State Personnel Department
64 North Union Street, Suite 316
Folsom Administrative Building
Montgomery, Alabama 36104

James R. McKoon, Jr., Esq.
City of Phenix City, Alabama
P O Box 3220
Phenix City, Alabama  36868-3220

James P. Graham, Jr.
The Graham Legal Firm
P.O. Box 3380
Phenix City, AL  36868-3380