IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REUBEN E. REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-583-D |
| | ) | |
| ALABAMA SECURITIES COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ON MOTION
### AND
### PROTECTIVE ORDER

Upon consideration of the Phenix City Police Department's *Objection to Subpoena for Records Issued by the Defendant and Request for Protective Order*, docketed as a *Motion for Protective Order* (Doc. 13, Oct. 25, 2005), Defendant Alabama Securities Commission's *Response* (Doc. 14, Nov.17, 2005), and Plaintiff's oral report this day that he does not oppose Defendant's proposed Protective Order, it is

***ORDERED*** that the Phenix City Police Department's objection is overruled to the extent that it is **ORDERED** to produce the subpoenaed records subject to this Protective Order. The *Motion for Protective Order* is **GRANTED**.

Accordingly, the parties and all interested non-parties shall be governed as follows:

**1. The confidentiality of the records shall be maintained to the extent that they shall be used only in connection with this action without prior**

approval of this Court.

2. All such records shall be returned to the Phenix City Police Department at the conclusion of this action.

Done this 18th day of November, 2005.

                                **/s/ Delores R. Boyd**
                                DELORES R. BOYD
                                UNITED STATES MAGISTRATE JUDGE