**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **REUBEN E. REDD,** | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 2:05CV583-D |
| | ) | |
| **ALABAMA SECURITIES COMMISSION AND STATE OF ALABAMA-PERSONNEL DEPARTMENT,** | ) ) ) ) | |
| | ) | |
|   Defendants. | ) | |
| | ) | |
| **REUBEN E. REDD,** | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 2:05CV1223-F |
| | ) | |
| **ALABAMA SECURITIES COMMISSION,** | ) ) | |
| | ) | |
|   Defendant. | ) | |

## MOTION TO CONSOLIDATE

    COMES NOW Defendant Alabama Securities Commission ["ASC"] and, files this Motion to Consolidate the above two actions pending in this court. This defendant is authorized to state that the other defendant in the case first listed above, State of Alabama-- Personnel Department [more properly, "Alabama State Personnel Department"] supports this motion. As grounds for this motion, ASC shows as follows:

    1.    These two action arise from the same operative facts. They involve a dispute between an employee, the plaintiff, and his employer, defendant ASC, over whether he was discriminated against on the basis of his race. The second action is merely an extension of that claim, adding a claim of retaliation.

2. Many of the allegations of the second complaint are a verbatim duplication of those of the first complaint [Paragraphs 1. -2. of Part I and 1. -9. of Part II of both complaints] with retaliation allegations added to the second complaint.

3. The plaintiff should have amended his original complaint to add these allegations but failed to do so.

4. The same facts, witnesses and evidence will be used in each case.

5. This consolidation would not prejudice any party and would serve to secure the efficient and inexpensive determinations of these issues.

s/Bruce J. Downey, III
**BRUCE J. DOWNEY, III**
**ASB-9205-W86B**

**Attorney for Defendant**
**Alabama Securities Commission**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:    (334) 241-8000
Facsimile:    (334) 323-8888

Jane Brannan, Esq.
Alabama Securities Commission
770 Washington Ave., Ste. 570
Montgomery, AL  36130-4700
Telephone:    (334) 353-4690

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of Court on this the 6th day of January, 2006, using the CM/ECF system which will send notification of such filing to the following:

Kathryn Kay Dickey, Esq.
322 Alabama St.
Montgomery, AL 36104

1060127                                       2

Janice D. Spears-Turk
Law Offices of J. D. Spears-Turk
2735 Office Park Cir.
Montgomery, AL  36116

Alice Ann Byrne, Esq.
State Personnel Department
64 North Union Street, Suite 316
Folsom Administrative Building
Montgomery, Alabama 36104

**s/Bruce J. Downey, III**
OF COUNSEL
