**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 9, 2006

# NOTICE OF DOCKETING ERROR

To:     ALL COUNSEL OF RECORD

**Case Style:   Reuben E. Redd v. Alabama Securities Commission, et al.**

**Case Number:    2:05-cv-00583-D**

**Docket Entry Number:    17**

**The above referenced Motion to Consolidate was filed in error on 1/6/06 as it is a duplicate filing for the Motion to Consolidate filed as document #16.**

**Therefor pleading #17 is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry of this pleading on the court's docket for this case.**