IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REUBEN E. REDD,** | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )   CASE NO.: 2:05CV583-D |
| **ALABAMA SECURITIES** | ) |
| **COMMISSION AND STATE OF** | ) |
| **ALABAMA-PERSONNEL** | ) |
| **DEPARTMENT,** | ) |
| | ) |
|   Defendants. | |

**MOTION FOR A STATUS CONFERENCE
AND
<u>AMENDMENTS TO THE SCHEDULE ORDER</u>**

Come now the Defendants and move the Court for a Status Conference and amendments to the Scheduling Order. As grounds therefore, Defendants show as follows:

1. The plaintiff has recently filed a second related action in this court, *Redd v. Alabama Securities Commission*, 2:05cv1223-F. The defendants have moved to consolidate these two actions.

2. These additional allegations require additional discovery and the interests of justice would be served by extending the discovery cut-off dates and the time for dispositive motions.

WHEREFORE, the defendants ask the court to hold a telephone status conference for these purposes.

                                                      **ALABAMA SECURITIES COMMISSION**

                                                      <u>s/Bruce J. Downey, III</u>
                                                      **BRUCE J. DOWNEY, III**
                                                       **ASB-9205-W86B**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:    (334) 241-8000
Facsimile:     (334) 323-8888

Jane Brannan, Esq.
Alabama Securities Commission
770 Washington Ave., Ste. 570
Montgomery, AL  36130-4700
353-4690

                                                         **ALABAMA STATE PERSONNEL**
                                                       **DEPARTMENT**

                                                       **s/Alice Ann Byrne**
                                                       **ALICE ANN BYRNE**

OF COUNSEL:
STATE PERSONNEL DEPARTMENT
64 North Union Street, Suite 316
Folsom Administrative Building
Montgomery, Alabama 36104

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of Court on this the 9th day of January, 2006 using the CM/ECF system which will send notification of such filing to the following:

                              Kathryn Kay Dickey, Esq.
                                  322 Alabama St.
                              Montgomery, AL 36104

                                Janice D. Spears-Turk
                        Law Offices of J. D. Spears-Turk
                              2735 Office Park Cir.
                                Montgomery, AL  36116

                                                     **s/Bruce J. Downey, III**
                                                            OF COUNSEL