IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REUBEN E. REDD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:05cv583-D |
| v. | ) |
| | ) |
| **ALABAMA SEC. COMM'N, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the court is Defendant Alabama Securities Commission's motion to consolidate this lawsuit with <u>Redd v. Alabama Securities Commission</u>, 2:05cv1223-F (M.D. Ala., filed Dec. 23, 2005).  (<u>See</u> Doc. No. 16; <u>see</u> <u>also</u> Doc. No. 4, filed in 2:05cv1223-F.)  Upon CONSIDERATION thereof, it is ORDERED that Plaintiff Reuben Redd show cause, if any there be, on or before January 17, 2006, why said motion should not be granted.

Done this 10th day of January, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE