IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REUBEN E. REDD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:05cv583-D |
| v. ) | |
| ) | |
| ALABAMA SEC. COMM'N, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| REUBEN E. REDD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1223-D |
| ) | |
| ALABAMA SEC. COMM'N, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the court is Defendants' motion for a status conference. (Doc. No. 19.) Defendants request a status conference for the purposes of seeking extensions of the deadlines for completing discovery and filing dispositive motions. (Id. ¶ 2.) The extensions of the deadlines are sought on the basis that the consolidation of Plaintiff's Title VII retaliation lawsuit (2:05cv1223) with Plaintiff's underlying employment discrimination lawsuit (2:05cv583) will necessitate "additional discovery." (Id.)

Upon careful CONSIDERATION thereof and for good cause shown, it is ORDERED that the deadline for filing dispositive motions be and the same is hereby

EXTENDED to and including April 6, 2006, and that the deadline for completing discovery be and the same is hereby EXTENDED to and including June 15, 2006.[1]

Accordingly, it is further CONSIDERED and ORDERED that Defendants' motion for a status conference be and the same is hereby DENIED AS MOOT.

DONE this 26th day of January, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The court notes that a further extension of the dispositive motion deadline would not afford the court sufficient time to consider and rule on any dispositive motions prior to the pretrial hearing which is set on July 6, 2006.  To ensure that the parties have adequate time to thoroughly prepare for trial on the relevant claims, it is the court's practice to rule on all dispositive motions prior to the pretrial hearing.