IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **REUBEN E. REDD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CASE NO.:  2:05CV583-D |
| **ALABAMA SECURITIES** | ) | |
| **COMMISSION AND STATE OF** | ) | |
| **ALABAMA-PERSONNEL** | ) | |
| **DEPARTMENT,** | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE TO CLERK OF SERVICE OF DISCOVERY DOCUMENTS

Pursuant to *Rule 5(d), Alabama Rules of Civil Procedure*, the undersigned counsel hereby certifies that he has on this date served counsel for all parties with a copy of the following material by placing a copy of same in the United States Mail, properly addressed with postage thereon pre-paid to the regular business office of said counsel:

1. Defendant Alabama Securities Commission's Response to Reuben E. Redd's First Set of Interrogatories; and,

2. Defendant Alabama Securities Commission's Response to Reuben E. Redd's Requests for Production of Documents.

This the 6th day of February, 2006.

s/Bruce J. Downey, III
BRUCE J. DOWNEY, III
ASB-9205-W86B

**Attorney for Defendant**
**Alabama Securities Commission**

1

1062173

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:    (334) 241-8000
Facsimile:     (334) 323-8888

Jane Brannan, Esq.
Alabama Securities Commission
770 Washington Ave., Ste. 570
Montgomery, AL  36130-4700
Telephone:    (334) 353-4690

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of Court on this the 6th day of February, 2006, using the CM/ECF system which will send notification of such filing to the following:

Kathryn Kay Dickey, Esq.
322 Alabama St.
Montgomery, AL 36104
[Response w/o attachments]

Janice D. Spears-Turk
Law Offices of J. D. Spears-Turk
2735 Office Park Cir.
Montgomery, AL  36116
[Response w/attachments]

Alice Ann Byrne, Esq.
State Personnel Department
64 North Union Street, Suite 316
Folsom Administrative Building
Montgomery, Alabama 36104

s/Bruce J. Downey, III
OF COUNSEL

1062173