**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 7, 2006

# NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

Case Style:   Reuben E. Redd  v. Alabama Securities Commission, et al.

Case Number:    2:05-cv-583-ID

Referenced Pleading(s):  Notice to Clerk of Service of Discovery Documents

Docket Entry Number(s): 23

The referenced pleading was electronically  filed on 2/6/2006 in this case and is not in compliance with the  local rules and/or administrative procedures of this court.

******This pleading is  regarding  discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.

The pleading is  hereby STRICKEN from the record and the parties are instructed to disregard  the entry of this pleading on the court's docket.  Parties should be aware  that the striking of this entry does not affect their responsibilities as to the discovery process.