IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **REUBEN E. REDD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO.:  2:05CV583-ID** |
| | ) | |
| **ALABAMA SECURITIES COMMISSION AND STATE OF ALABAMA-PERSONNEL DEPARTMENT,** | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **REUBEN E. REDD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO.:  2:05CV1223-MEF** |
| | ) | |
| **ALABAMA SECURITIES COMMISSION,** | ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO DISMISS**

Come now the parties and move the Court to dismiss both of the above consolidated cases with prejudice.  Each side will bear its own costs.  On this the 6th day of April, 2006.

| | |
|---|---|
| **s/Kathryn Kay Dickey** | **s/Bruce J. Downey, III** |
| **Kathryn Kay Dickey, Esq.** | **Bruce J. Downey, III** |
| 322 Alabama St. | Capell & Howard, P.C. |
| Montgomery, AL 36104 | 150 South Perry Street (36104) |
| | P O Box 2069 |
| | Montgomery, AL  36102-2069 |
| | |
| **Janice D. Spears-Turk** | **Jane Brannan, Esq.** |
| Law Offices of J. D. Spears-Turk | Alabama Securities Commission |
| 2735 Office Park Circle | 770 Washington Ave., Ste. 570 |
| Montgomery, AL  36116 | Montgomery, AL  36130-4700 |
| | |
| **Attorneys for Plaintiff Reuben Redd** | **Attorneys for Defendant Alabama Securities Commission** |

        <u>**s/Alice Ann Byrne**</u>
        **Alice Ann Byrne, Esq.**
        Alabama State Personnel Department
        64 North Union Street, Suite 316
        Folsom Administrative Building
        Montgomery, Alabama 36104

        **Attorneys for Defendant State of Alabama -- Personnel Department**