# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **REUBEN E. REDD,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:05cv583-ID |
| v. ) | |
| ) | |
| **ALABAMA SEC. COMM'N, et al.,** ) | |
| ) | |
|    Defendants. ) | |
| _____ ) | |
| **REUBEN E. REDD,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1223-ID |
| ) | |
| **ALABAMA SEC. COMM'N,** ) | |
| ) | |
|    Defendant. ) | |

## ORDER

Upon CONSIDERATION of the Joint Motion to Dismiss, filed April 6, 2006, by all parties, it is ORDERED that said Motion be and the same is hereby GRANTED and that the above-styled consolidated lawsuits be and the same are hereby DISMISSED with prejudice, with each party to bear his and its own costs.

Done this 6th day of April, 2006.

                                      /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE